IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-03088-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: October 2, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                         *Counsel:*

TAMMY NAGAO,                            John Christopher Elliot

      Plaintiff,

v.

DEPOSITORS INSURANCE COMPANY,          John Polk Craver

      Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:        9:06 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's Stipulated MOTION to Amend/Correct/Modify #11 Scheduling Order (Docket No. 17, filed on 8/27/2012).

The parties advise the court that depositions have been scheduled for October 8, 2012.  The parties further advise the court that they are having a problem with a witness who is not being cooperative (Ms. Karen Fuller has not been responding their calls when attempting to reach her).

Discussion between the court and the parties regarding Rule 30(b)(6) pertaining to depositions, Rule 16(b), experts, extending the discovery cutoff, and Judge Krieger's practice standards.

For reasons as stated on the record,

**ORDERED:**   The court **DENIES** the defendant's Stipulated MOTION to
               Amend/Correct/Modify #11 Scheduling Order (Docket No. 17, filed on

8/27/2012).  The current fact discovery deadline of November 15, 2012 and the current dispositive motion deadline of November 30, 2012 shall remain in place. The court will allow the parties to depose experts after the November 15, 2012 cut off.  To the extend that an expert is going to supplement their report, they shall only be permitted to supplement their report consistent with Rule 26(e). Those supplemental opinions must be exchanged **no later than November 30, 2012**.  Any expert depositions must take place **before January 18, 2012**.

HEARING CONCLUDED.

**Court in recess:**     **9:17 a.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.